### CAREW AND TOWN OF NORWICH v. HOWARD.

The court will not arrest a verdict which is in favor of a town, on a motion of the town, because some of the jurors were related to some of the inhabitants.

VERDICT for the plaintiffs last court, and £13 damages, with which the plaintiffs were dissatisfied; and moved in arrest of judgment, that Ebenezer Backus one of the jurors who tried said cause, was and is father to Ebenezer Backus

of said Norwich, who is one of the plaintiffs. The fact was admitted by the defendant; yet he says, that said connection was in the knowledge of the plaintiffs when the jury were impaneled, and they made no objection to said jurymen.

Judgment — That the motion is insufficient, and that the plaintiff recover; the Town of Norwich is the plaintiff to whom the juryman was not related; his being related to some of the members that compose the corporation, is a good challenge to the favor. The partiality in this case was in favor of the plaintiffs; and if the plaintiffs would not suggest it when the jury were impaneled, they may not afterwards take advantage of it in arrest, especially when it appears to have been in their knowledge, at the time the jury were impaneled.